IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk<br>Therese Lindblom, Court Reporter | Date: September 19, 2008 |

Civil Action No.     08–cv–01707–EWN

| *Parties:* | *Counsel:* |
|---|---|
| TECHNOLOGY PARTNERS LLC, a<br>Colorado limited liability company, | John Schlie |
| Plaintiff, | |
| v. | |
| GOLDEN KEY LLC, a New York limited<br>liability company,<br>WONDERLAND CAPITAL CORP., a New<br>York corporation,<br>JUMBOHAWK DRILLING LLC, and<br>SIPADA, INC., a New York corporation, | Michael Carrigan |
| Defendant. | |

---

## COURTROOM MINUTES

---

**Status Conference**

**9:57 a.m.**     Court in session.

Court calls case and appearances. Also present are Gregory Szydlowski and Patrick Kanouff for X-Clearing Corporation.

Discussion regarding Intervenors' filings.

**ORDERED: 1.**     **The Combined Motion to Intervene and to Consolidate (#8, filed August 25, 2008) is GRANTED.**

**ORDERED: 2.**     **The Unopposed Motion to Substitute (#15, filed September 17, 2008) is GRANTED. X-Clearing may intervene as an additional party plaintiff in this matter. Case no. 08-cv-01792-WYD shall be consolidated into this case and hereafter the caption will bear this court's initials.**

**ORDERED: 3.**     **Magistrate Judge Boland will be assigned to this case.**

**ORDERED: 4.**     **Future captions will carry X-Clearing as an additional plaintiff and all the defendants in each case as the defendants.**

Discussion regarding substantive issues in the case.

Discussion regarding estimated time needed for an evidentiary hearing.

**ORDERED: 5.**     **A full-day hearing on the motion for preliminary injunction is set for October 9, 2008 at 9:00 a.m.**

**ORDERED: 6.**     **Counsel shall proceed to Magistrate Judge Boland's chambers for a settlement conference at least for purposes of resolving the issues on the motion for a preliminary injunction.**

**10:11 a.m.**     Court in recess.

Hearing concluded.

Total time in court: 00:14