IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08–cv–01707–MSK-BNB
    *(Consolidated with Civil Action No. 08-cv-01792)*

TECHNOLOGY PARTNERS LLC, a Colorado limited
liability company, and
X-CLEARING CORPORATION, a Colorado corporation,

    Plaintiffs/Counterclaim Defendants,

v.

GOLDEN KEY LLC, a New York limited liability company,
WONDERLAND CAPITAL CORP., a New York corporation,
JUMBOHAWK DRILLING LLC, and
SIPADA, INC., a New York corporation,

    Defendants/Counterclaimants/Cross Claimants/
    Third Party Plaintiffs,

TECHNOLOGY PARTNERS LLC, Colorado limited liability company,

    Counterclaim Defendant,

MARINE EXPLORATION, INC., a Colorado corporation.

    Cross Claim Defendant,

ROBERT L. STEVENS,
PAUL ENRIGHT,

    Third Party Defendants.

and

---

Civil Action No. 08–cv–01792–MSK–BNB

X-CLEARING CORPORATION, a Colorado corporation.

    Plaintiff,

v.

TECHNOLOGY PARTNERS LLC, Colorado limited liability company,
MARINE EXPLORATION, INC., a Colorado corporation.
GOLDEN KEY LLC,
WONDERLAND CAPITAL CORPORATION,
NEXT LEVEL CONSULTING,
ERIC CUSIMANO,
MERCANTILE ASCENDENCY, INC., Texas corporation,
PERSHING LLC, a New Jersey limited liability company,
FAGENSON & CO., a New York corporation, and
LEGENT CLEARING, LLC, a Nebraska corporation,

      Defendants.

## ORDER ADOPTING ORAL FINDINGS, CONCLUSIONS AND ORDER

On August 21, 2008, Plaintiff, Technology Partners LLC, filed a "Motion for Temporary Restraining Order and Preliminary Injunction" **(#6)** to prohibit the transfer, sale, encumbrance, pledge, assignment, or other disposition of the shares of Marine Exploration, Inc. stock originally represented by certificates numbered 2037, 2038, and 2110. Defendants Golden Key LLC, Wonderland Capital Corporation, Jumbohawk Drilling LLC, and Sipada, Inc. filed a Response **(#12)** and Plaintiff filed a Reply **(#13)**.

On October 9, 2008, a hearing on Plaintiff's motion was held at which Plaintiff Technology Partners and Defendants Golden Key, Wonderland Capital, and Jumbohawk Drilling presented witnesses and documentary evidence in support of their respective positions. At the conclusion of that hearing, Judge Edward W. Nottingham rendered oral findings of fact, conclusions of law and issued an oral order. He then directed that the parties jointly submit a

stipulated form of written order. Apparently, a proposed order was filed **(# 47)**[1], but this document bears no signature of counsel or other indicia of stipulation.

Before any written order issued, Judge Nottingham resigned and this case was assigned to the undersigned. In the absence of a stipulation between the parties, the oral findings, conclusions and order made by Judge Nottingham are hereby adopted as if set forth verbatim. Based thereon, the Motion **(#6)** is **GRANTED.** Motions **(##32,42)** pertaining to presentation of testimony at the hearing are **DENIED**, as moot.

Dated this 12th day of November, 2008

                                      **BY THE COURT**

                                      Marcia S. Krieger
                                      United States District Judge

---

[1] It has been incorrectly docketed as a Notice.