IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01707-MSK-BNB

TECHNOLOGY PARTNERS LLC, a Colorado limited liability company,

Plaintiff,

v.

GOLDEN KEY LLC, a New York limited liability company,
WONDERLAND Capital Corp., a New York corporation,
JUMBOHAWK DRILLING LLC,
SIPADA, INC., a New York corporation, and
X-CLEARING CORPORATION, a Colorado corporation,

Defendants.

_____

**ORDER**
_____

This matter arises on the **Motion to Amend Pursuant to FRCP 15 and Motion for Enlarge Scheduling Order** [Doc. # 78, filed 1/5/2009] by defendants Golden Key, Wonderland Capital Corp., Jumbohawk Drilling LLC, and Sipada (the "Motion"). The motion is not opposed.

IT IS ORDERED that the Motion is GRANTED to the following extent:

(1) To allow the Defendants' Amended Answers, Amended Counterclaims, Cross-Claims, and Third Party Complaint [Doc. # 78-2], which the Clerk of the Court is directed to accept for filing; and

(2) To amend the Scheduling Order to the following extent:

Discovery Cut-Off: **April 30, 2009**

(All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

Dispositive Motions Deadline: **June 1, 2009**

Expert Disclosures:

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 16, 2009**

(b) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 16, 2009**

Dated January 7, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge