IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01707-MSK-BNB
(Consolidated with 08-cv-01792-MSK-BNB)

TECHNOLOGY PARTNERS LLC, a Colorado limited liability company,

Plaintiff,

v.

GOLDEN KEY LLC, a New York limited liability company,
WONDERLAND Capital Corp., a New York corporation,
JUMBOHAWK DRILLING LLC,
SIPADA, INC., a New York corporation, and
X-CLEARING CORPORATION, a Colorado corporation,

Defendants.

X-CLEARING CORPORATION, a Colorado corporation,

Plaintiff,

v.

TECHNOLOGY PARTNERS LLC, a Colorado limited liability company,
GOLDEN KEY LLC,
WONDERLAND CAPITAL CORPORATION,
MARINE EXPLORATION, INC., a Colorado corporation,
NEXT LEVEL CONSULTING,
ERIC CUSIMANO,
MERCHANTILE ASCENDENCY, INC., a Texas corporation,
PERSHING LLC, a New Jersey limited liability company,
FAGENSON & CO., a New York corporation,
LEGENT CLEARING, LLC, a Nebraska corporation, and
INVESTORS VOICE, LLC,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Leave to File Reply to Response**

**Memorandum of Law to FRCP 15 Motion for Leave to File Proposed Second Amended Complaint of Technology Partners LLC** [docket no. 101, filed January 23, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and plaintiff Technology Partners LLC may file a reply to the Motion for Leave to File Proposed Second Amended Complaint, not to exceed five (5) pages.

DATED: January 26, 2009