IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 08-cv-01707-MSK-BNB | Date: January 27, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| TECHNOLOGY PARTNERS LLC,<br>a Colorado limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>X-CLEARING CORPORATION,<br>a Colorado corporation,<br><br>Consol Plaintiff,<br><br>v.<br><br>GOLDEN KEY LLC,<br>a New York limited liability company,<br>WONDERLAND Capital Corp.,<br>a New York corporation,<br>JUMBOHAWK DRILLING LLC,<br>SIPADA, INC.,<br>a New York corporation,<br><br>Defendant(s),<br><br>v.<br><br>MARINE EXPLORATION, INC.<br>a Colorado Corporation<br><br>Consol Defendant(s). | John Schlie<br><br><br><br><br><br>Patrick Kanouff<br><br><br><br><br><br><br>Dean Webb<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Michael Littman |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    3:36 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:  Plaintiff's motion for leave to file second amended complaint filed 1/15/09 (Doc. 82) is granted as stated on the record. The clerk of the court is directed to accept the amended complaint for filing.**

Court in Recess     3:48 p.m.     Hearing concluded.     Total time in Court:     00:12

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.