IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01707-MSK-BNB
(Consolidated with 08-cv-01792-MSK-BNB)

TECHNOLOGY PARTNERS LLC, a Colorado limited liability company,

Plaintiff,

v.

GOLDEN KEY LLC, a New York limited liability company,
WONDERLAND Capital Corp., a New York corporation,
JUMBOHAWK DRILLING LLC,
SIPADA, INC., a New York corporation, and
X-CLEARING CORPORATION, a Colorado corporation,

Defendants.

X-CLEARING CORPORATION, a Colorado corporation,

Plaintiff,

v.

TECHNOLOGY PARTNERS LLC, a Colorado limited liability company,
GOLDEN KEY LLC,
WONDERLAND CAPITAL CORPORATION,
MARINE EXPLORATION, INC., a Colorado corporation,
NEXT LEVEL CONSULTING,
ERIC CUSIMANO,
MERCHANTILE ASCENDENCY, INC., a Texas corporation,
PERSHING LLC, a New Jersey limited liability company,
FAGENSON & CO., a New York corporation,
LEGENT CLEARING, LLC, a Nebraska corporation, and
INVESTORS VOICE, LLC,

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion for Leave to File Second Amended**

**Complaint** [Doc. # 82, filed 1/15/2009] (the "Motion to Amend"). I held a hearing on the Motion to Amend yesterday and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing plaintiff's Second Amended Complaint [Doc. # 82-2].

Dated January 28, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge