**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover         Date:  September 17, 2009
Court Reporter:    Paul Zuckerman

Civil Action No. 08-cv-01707-MSK-BNB
consolidated with Civil Action No. 08-cv-001792-MSK-BNB

*Parties*:                                 *Counsel Appearing:*

TECHNOLOGY PARTNERS LLC,                   John Schlie

v.

GOLDEN KEY LLC,                            Dean Webb (by telephone)
WONDERLAND CAPITAL CORP.,
JUMBOHAWK DRILLING LLC;
SIPADA, INC.,
PAUL GIARMOLEO, and
HUGH AUSTIN,

        Defendants, and

GOLDEN KEY, LLC,
WONDERLAND CAPITAL CORP.,
JUMBOHAWK DRILLING, LLC, and
SPIADA, INC.,

        Counterclaim/Crossclaim Plaintiffs,

v.

TECHNOLOGY PARTNERS, LLC,
X-CLEARING CORP.,                          Patrick Kanouff

        Counterclaim Defendants,

MARINE EXPLORATION, INC.,                  Michael Littman

        Crossclaim Defendant, and

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

PAUL ENRIGHT, and
ROBERT STEVENS

                Third-party Defendants.

## COURTROOM MINUTES

HEARING:   Joint Motion to Approve Settlement Agreements (Doc. #122)

**10:33 a.m.     Court in session.**

The Court addresses the parties' request for settlement approval (Doc #122)

Statement from counsel Schlie and Kanouff.

The parties agree that a conference with Magistrate Judge Boland would be helpful to finalize the documentation and will make arrangements to do so.

**ORDER:**     By **December 16, 2009,** the parties will submit whatever additional documenation they deem necessary to accomplish their goals to close this case. The Joint Motion at (**Doc. #122**) is **DENIED** with leave to renew.

**10:59 a.m.     Court in recess.**

**Total Time:   26 minutes.**
**Hearing concluded.**