IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 08-cv-01707-MSK- BNB | Date: May 6, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

(Consolidated with 08-cv-01792-MSK-BNB)

| | |
|---|---|
| TECHNOLOGY PARTNERS LLC,<br>a Colorado limited liability company, | John Schlie |

Plaintiff,

v.

| | |
|---|---|
| GOLDEN KEY LLC,<br> a New York limited liability company,<br>WONDERLAND Capital Corp.,<br> a New York corporation,<br>JUMBOHAWK DRILLING LLC,<br>SIPADA, INC.,<br> a New York corporation,<br>PAUL GIARMOLEO, and<br>HUGH AUSTIN | Dean Webb |

Defendants.

v.

| | |
|---|---|
| X-CLEARING CORPORATION,<br>a Colorado corporation | Patrick Kanouff<br>Melissa Hessler |

       Consol Plaintiff,

v.

| | |
|---|---|
| TECHNOLOGY PARTNERS LLC,<br>a Colorado limited liability company,<br>GOLDEN KEY LLC,<br>WONDERLAND CAPITAL CORPORATION,<br>MARINE EXPLORATION, INC.,<br>a Colorado corporation,<br>NEXT LEVEL CONSULTING,<br>ERIC CUSIMANO,<br>MERCHANTILE ASCENDENCY, INC.,<br>a Texas corporation,<br>PERSHING LLC, | Michael Littman |

a New Jersey limited liability company,
FAGENSON & CO.,
 a New York corporation,
LEGENT CLEARING, LLC,
 a Nebraska corporation, and
INVESTORS VOICE, LLC,

Defendants.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     11:02 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Motion to deposit stock certificates into the registry of the Court and to file second amended complaint [ Doc.#149; filed 3/29/10] is denied as withdrawn as stated on the record.

**ORDERED:** Supplemental briefing regarding the motion for default judgment shall be filed on or before June 7, 2010.

Court in Recess     12:11 p.m.     Hearing concluded.     Total time in Court:     01:09

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.