IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01707-MSK-BNB

TECHNOLOGY PARTNERS LLC, a Colorado Limited Liability Company,

    Plaintiff,

vs.

GOLDEN KEY LLC, a New York Limited Liability Company,
WONDERLAND CAPITAL CORP., a New York Corporation
JUMBOHAWK DRILLING LLC, and
SIPADA, INC., a New York Corporation,

    Defendants.

Civil Action No. 08-CV-01792-EWN-BNB

X-CLEARING CORPORATION, a Colorado Corporation,

    Plaintiff,

vs.

TECHNOLOGY PARTNERS LLC, a Colorado Limited Liability Company,
GOLDEN KEY LLC,
WONDERLAND CAPITAL CORPORATION,
MARINE EXPLORATION, INC, a Colorado Corporation,
NEXT LEVEL CONSULTING,
ERIC CUSIMANO,
MERCANTILE ASCENDENCY, INC., a Texas Corporation,
PERSHING LLC, a New Jersey Limited Liability Company,
FAGENSON & CO., a New York Corporation,
LEGENT CLEARING, LLC, a Nebraska Corporation,
INVESTORS VOICE LLC.

    Defendants.

---

**ORDER AMENDING PRIOR ORDER (#74) ADOPTING JUDGE NOTTINGHAM'S ORAL FINDINGS AND CONCLUSIONS**
_____

This matter comes before the Court on an Unopposed Motion to Amend Preliminary

Injunction filed by Plaintiff, Technology Partners LLC.  This Motion follows the hearing at which factual findings and conclusions of law were made by Judge Nottingham and the issuance of a written order adopting those findings **(#68)**. Said Order was later amended and supplemented pursuant to stipulations by the parties **(#74)**.  Technology Partners now seeks a modification of that Order to allow for transfers of shares to Technology Partners.  Having considered the Motion, which is unopposed by the parties, and having reviewed the file herein,

**IT IS HEREBY ORDERED** that the Order **(#74)** amending and supplementing the Order **(#68)** adopting Judge Nottingham's oral findings and conclusions is amended as follows:

Except as to transactions or legal proceedings which transfer shares to Plaintiff Technology Partners LLC, the Defendants Golden Key LLC, Wonderland Capital Corp., Jumbohawk Drilling LLC, Next Level Consulting, Eric Cusimano, Mercantile Ascendency, Inc., Pershing LLC, Fagenson & Co., Legent Clearing, LLC, Investors Voice LLC and any of their officers, managers, members, agents, employees, attorneys or any other person who receives actual notice of this Order by personal service or otherwise, insofar as he or she is acting on behalf of any of these Defendant entities, are preliminarily enjoined from transferring, selling, encumbering, pledging, assigning or otherwise disposing of the shares of Marine Exploration, Inc. stock originally represented by certificates Nos. 2037, 2038 and 2110, specifically described as follows**:**

> No. 2058 in the amount of 466,000 shares issued in the name of Golden Key LLC;
> No. 2061 in the amount of 250,000 shares issued in the name of Next Level Consulting;
> No. 2084 in the amount of 932,000 shares issued to the name of Legent Clearing LLC
>   from Golden Key LLC;
> No. 2085 in the amount of 140,000 shares issued in the name of Legent Clearing LLC

from Oceanic Consulting LLC;

No. 2086 in the amount of 730,000 shares issued in the name of Legent Clearing LLC from Wonderland Capital Corp.;

No. 2087 in the amount of 1,600,000 shares issued in the name of Legent Clearing LLC from Wonderland Capital Corp.;

No. 2153 in the amount of 300,000 shares issued in the name of Legent Clearing LLC from Mercantile Ascendencey, Inc.;

No. 2161 in the amount of 850,000 shares issued in the name of Legent Clearing LLC from Oceanic Consulting LLC;

No. 2178 in the amount of 100,000 shares issued in the name of Investors Voice LLC;

No. 2195 in the amount of 25 shares issued to the name of Pershing LLC ultimately from Golden Key LLC;

No. 2196 in the amount of 75 shares issued to the name of Pershing LLC ultimately from Golden Key LLC;

No. 2198 in the amount of 923,000 shares issued to the name of Pershing LLC ultimately from Golden Key LLC;

No. 2247 in the amount of 7,170 shares issued to the name of Pershing LLC ultimately from Golden Key LLC;

No. 2248 in the amount of 1,730 shares issued to the name of Pershing LLC ultimately from Golden Key LLC;

No. 2249 in the amount of 14,000 shares issued in the name of Fagenson & Co. Inc. from Eric Cusimano;

No. 2250 in the amount of 10,000 shares issued in the name of Fagenson & Co. Inc. from

Eric Cusimano;

No. 2251 in the amount of 7,400 shares issued in the name of Fagenson & Co. Inc. from Eric Cusimano;

No. 2252 in the amount of 1,200 shares issued in the name of Fagenson & Co. Inc. from Eric Cusimano;

No. 2253 in the amount of 6,100 shares issued in the name of Fagenson & Co. Inc. from Eric Cusimano;

No. 2254 in the amount of 91,500 shares issued in the name of Fagenson & Co. Inc. from Eric Cusimano;

No. 2255 in the amount of 3,900 shares issued in the name of Fagenson & Co. Inc. from Eric Cusimano;

No. 2256 in the amount of 25,900 shares issued in the name of Fagenson & Co. Inc. from Eric Cusimano;

No. 2257 in the amount of 90,000 shares issued in the name of Eric Cusimano;

Other progeny of certificates Nos. 2037, 2038 and 2110 remain unencumbered by this Order: No. 2065 (issued in the name of Small Cap Consulting) and No. 2096 (issued in the name of Scottrade, Inc.) Those certificates represent 300,000 shares of Marine Exploration, Inc. Stock to which this Order does not apply.

**IT IS FURTHER ORDERED** that, except as to transactions or legal proceedings which transfer shares to Plaintiff Technology Partners LLC, Defendant Marine Exploration, Inc. and Plaintiff X-Clearing Corporation are likewise preliminarily enjoined from registering the transfer of shares of Marine Exploration, Inc. stock originally represented by certificates Nos. 2037, 2038 and 2110, as listed above.

**IT IS FURTHER ORDERED** that this Order shall remain in full force and effect until further order of this Court and that the Court retains jurisdiction of this matter for all purposes.

**IT IS FURTHER ORDERED** that Plaintiff Technology Partners shall post a bond with the Clerk of this Court in the amount of ten thousand dollars ($10,000.00). Plaintiff Technology Partners shall serve a copy of this Order each of the affected parties by first class certified mail forthwith.

DATED this 23rd day of June, 2010.

                                                    **BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge

| s/John Henry Schlie | s/Jennifer Harvey Weddle |
|---|---|
| John Henry Schlie | Jennifer Harvey Weddle |
| Counsel for Plaintiff | Counsel for Defendants |
| Technology Partners LLC | Golden Key LLC, Wonderland Capital Corp., Jumbohawk Drilling LLC and Sipada, Inc. |