IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01707-MSK-BNB

TECHNOLOGY PARTNERS LLC, a Colorado Limited Liability Company,

    Plaintiff,

v.

GOLDEN KEY LLC, a New York Limited Liability Company;
WONDERLAND CAPITAL CORP., a New York corporation;
JUMBOHAWK DRILLING LLC; and
SIPADA, INC., a New York corporation,

    Defendants.

## ORDER

THIS MATTER arises out of Interpleader Plaintiff X-Clearing Corporation's Motion to reopen the case for the limited purpose of releasing stock certificates held in the registry of the Court **(#201)**.

THIS COURT, having considered the Motion, the Court file, and any responses thereto, HEREBY reopens the case for the limited purpose of submitting an order to release and **HEREBY ORDERS** the release of the following stock certificates held in the Court's registry: 2061, 2153, 2178, 2249, 2250, 2251, 2252, 2253, 2254, 2255, 2256, 2257 in addition to Certificates Nos. 2058, 2065, 2096, 2178, 2195, 2196, 2198 and 2248.

DATED this 6th day of January, 2011.

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge