IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01707-MSK-BNB

TECHNOLOGY PARTNERS LLC, a Colorado Limited Liability Company,

    Plaintiff,

v.

GOLDEN KEY LLC, a New York Limited Liability Company;
WONDERLAND CAPITAL CORP., a New York corporation;
JUMBOHAWK DRILLING LLC; and
SIPADA, INC., a New York corporation,

    Defendants.

## ORDER

THIS MATTER arises out of Interpleader Plaintiff X-Clearing Corporation's Motion to reopen the case for the limited purpose of releasing stock certificate No. 2247 held in the registry of the Court **(#203)**.

THIS COURT, having considered the Motion, the Court file, and any responses thereto, HEREBY reopens the case for the limited purpose of submitting an order to release and **HEREBY ORDERS** the release of stock certificate No. 2247 held in the Court's registry.

DATED this 4th day of April, 2011.

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge